USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

BRANDON JONES,
  a/k/a "Brandon McGeer,"
  a/k/a "Brandon Jones-McGeer,"

                Defendant.

- - - - - - - - - - - - - - - - - x

**SUPERSEDING INDICTMENT**

S1 16 Cr. 553 (AJN)

COUNT ONE
(Wire Fraud)

The Grand Jury charges:

1. From at least in or about June 2014 up to and including at least in or about July 2016, in the Southern District of New York and elsewhere, BRANDON JONES, a/k/a "Brandon McGeer," a/k/a "Brandon Jones-McGeer," the defendant, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, to wit, JONES sent emails falsely representing that he was a government official and attaching purchase orders for the purpose of obtaining things of value, including accommodations.

(Title 18, United States Code, Sections 1343 and 2.)

<u>COUNT TWO</u>
(Conspiracy to Commit Wire Fraud)

The Grand Jury further charges:

2. From at least in or about June 2014 up to and including in or about July 2016, in the Southern District of New York and elsewhere, BRANDON JONES, a/k/a "Brandon McGeer," a/k/a "Brandon Jones-McGeer," the defendant, and others known and unknown, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

3. It was a part and object of the conspiracy that BRANDON JONES, a/k/a "Brandon McGeer," a/k/a "Brandon Jones-McGeer," the defendant, and others known and unknown, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

(Title 18, United States Code, Section 1349.)

COUNT THREE
(Use of Fictitious Government Financial Documents)

The Grand Jury further charges:

4. From at least in or about June 2014 up to and including at least in or about July 2016, in the Southern District of New York and elsewhere, BRANDON JONES, a/k/a "Brandon McGeer," a/k/a "Brandon Jones-McGeer," did pass, utter, present, offer, broker, issue, sell, and attempt and cause the same, and with like intent possess, within the United States, a false and fictitious instrument, document, and other item appearing, representing, purporting, and contriving through scheme and artifice, to be an actual security and other financial instrument issued under the authority of the United States, a foreign government, a State, and other political subdivision of the United States, and an organization, to wit, JONES created and tendered false and fictitious purchase orders and government travel requests purporting to be issued under the authority of the United States government.

(Title 18, United States Code, Sections 514(a)(2) and 2.)

FIRST FORFEITURE ALLEGATION

5. As the result of committing the offenses alleged in Counts One and Two of this Indictment, BRANDON JONES, a/k/a "Brandon McGeer," a/k/a "Brandon Jones-McGeer," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes

or is derived from proceeds traceable to the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

## SECOND FORFEITURE ALLEGATION

6. As the result of committing the offense charged in Count Three of this Indictment, BRANDON JONES, a/k/a "Brandon McGeer," a/k/a "Brandon Jones-McGeer," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 492 and Title 28 United States Code, Section 2461(c), all counterfeits of any coins and obligations and other securities of the United States, and any articles, devices and other things made, possessed, and used to commit the violation alleged in Count Three of this Indictment and any material or apparatus used and intended to be used, in the making of such counterfeits, articles, devices and things, found in the possession of the defendant without authority from the Secretary of the Treasury.

## SUBSTITUTE ASSET PROVISION

7. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28 United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981 and 492;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

BRANDON JONES,
a/k/a "Brandon McGeer,"
a/k/a "Brandon Jones-McGeer,"

Defendant.

### SUPERSEDING INDICTMENT

S1 16 Cr. 553 (AJN)

(18 U.S.C. §§ 1343, 1349, 514, and 2.)

GEOFFREY S. BERMAN
United States Attorney.

**A TRUE BILL**

Foreperson.

2/8/2018

Filed Superseding Indictment

USMJ Aaron