**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                                                                                    TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                                                                FACSIMILE: (212) 239-9175
                                                                                                                                    DanielParker@aol.com

January 29, 2025

**By ECF and email**
Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Streer
New York, NY 10007

Re: **United States v. Brandon Jones**
**16 Cr 553-01 (JLR) – (VOSR)**

*[Endorsement:]* Letter Motion GRANTED. The Government is respectfully directed to coordinate with the Clerk's Office to arrange for non-conflicted CJA counsel to appear at the February 4 hearing. The Clerk of Court is respectfully directed to terminate all current counsel listed for Mr. Jones.

Dated: January 30, 2025
        New York, New York

SO ORDERED.

*/s/ Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

Dear Judge Rochon:

I write to advise the Court that I no longer represent Mr. Jones and I ask the Court to appoint counsel to represent him in connection with the VOSR proceeding scheduled for February 4, 2025.

I am no longer on the CJA panel, and even if I were, there is a clear conflict between Mr. Jones and counsel such that the Court should appoint new counsel.

In 2016, I was appointed to represent Mr. Jones[1] and I represented him through trial. After he was sentenced, Mr. Jones requested new counsel and Mr. Horowitz and I were relieved in January 2019 by the Second Circuit. On appeal, Mr. Jones was represented by Lucas Anderson, Esq., who is not on the CJA trial panel. Today, I spoke with Mr. Anderson and he is unable to represent Mr. Jones in this VOSR proceeding.

As noted above, even if I were still on the panel, Mr. Horowitz and I can no longer represent Mr. Jones because it has come to my attention that Mr. Jones has made a series of derogatory statements about trial counsel – all of which are false – making it clear that is a clear conflict between counsel and client.

Accordingly, I respectfully request that the Court notify the CJA clerk that Mr. Jones requires new counsel to handle this VOSR proceeding.

Thank you for your consideration in this matter.

---

[1] Joshua J. Horowitz, who at the time was not on the CJA panel, was appointed to assist me at trial.

1

                                        Respectfully,

                                        *Daniel S. Parker*

                                        Daniel S. Parker

Cc: All parties (By ECF and email)
    PO B. Willborn (by email)